UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD W. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:15-CV-14-FL |
| WASTE MANAGEMENT OF ) | |
| WILMINGTON; TAMMIE ) | |
| HOFFMAN; LAURA SNOW; ) | |
| and DONOVAN DUKES, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted, made pursuant to Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 28, 2016, and for the reasons set forth more specifically therein, that defendants' motion to dismiss the complaint is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 28, 2016, and Copies To:**
Edward Anderson (via U.S. mail) PO Box 160048, Wilmington, NC 28408
Justin David Howard (via CM/ECF Notice of Electronic Filing)
Austin F. Breen (via CM/ECF Notice of Electronic Filing)
John H. Anderson, Jr. (via CM/ECF Notice of Electronic Filing)

March 28, 2016                     JULIE RICHARDS JOHNSTON, CLERK
                                                   /s/ Christa N. Baker
                                               (By) Christa N. Baker, Deputy Clerk